ACCEPTED
04-14-00883-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/12/2015 11:44:40 PM
KEITH HOTTLE
CLERK

**Court of Appeals Nos. 04-14-00882-CR & 04-14-00883-CR**
**Trial Court Cause Nos. CR12-040 & CR12-041**

**IN THE FOURTH SUPREME JUDICIAL DISTRICT**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

3/12/2015 11:44:40 PM

KEITH E. HOTTLE
Clerk

**COURT OF APPEALS**

**SAN ANTONIO, TEXAS**

_____

*DARIUS DUKES*

*v.*

*THE STATE OF TEXAS*
_____

**APPEALED FROM THE 198TH JUDICIAL DISTRICT COURT,**
**BANDERA COUNTY, TEXAS**
**Honorable Rex Emerson, Presiding**

_____

*APPELLANT'S BRIEF*

_____

> **M. Patrick Maguire**
> **State Bar No. 24002515**
> **M. Patrick Maguire, P.C.**
> **mpmlaw@ktc.com**
> **945 Barnett Street**
> **Kerrville, Texas 78028**
> **Telephone (830) 895-2590**
> **Facsimile (830) 895-2594**
>
> *ATTORNEY FOR APPELLANT,*
> *DARIUS DUKES*

# *TABLE OF CONTENTS*

IDENTITY OF PARTIES & COUNSEL                    2

INDEX OF AUTHORITIES                             4

STATEMENT OF THE CASE                            6

ISSUES PRESENTED                                 7

SUMMARY OF THE ARGUMENTS                         8

CERTIFICATE OF COMPLIANCE WITH TRAP 9.4          9

STATEMENT OF FACTS                               10

ARGUMENTS & AUTHORITIES                          10

ISSUE 1:    Undersigned counsel files this "Anders" Brief after a thorough review of the appellate record in these cases and no meritorious issues were found to bring forward for review.                    10

PRAYER FOR RELIEF                                13

CERTIFICATE OF SERVICE                           14

**IN THE FOURTH SUPREME JUDICIAL DISTRICT**

**COURT OF APPEALS**

**SAN ANTONIO, TEXAS**

_____

*DARIUS DUKES*

*v.*

*THE STATE OF TEXAS*
_____

*IDENTITY OF PARTIES & COUNSEL*
_____

*Appellant certifies that the following is a complete list of the parties, attorneys, and any other person who has any interest in the outcome of this appeal:*

Appellant:                          Darius Dukes

Appellee:                           The State of Texas

Attorney for Appellant:        M. Patrick Maguire
                                         M. Patrick Maguire, P.C.
                                         945 Barnett Street
                                         Kerrville, Texas 78028

Attorney for Appellee:          Hon. Scott Monroe
                                         198th Judicial District Attorney
                                         402 Clearwater Paseo, Suite 500
                                         Kerrville, Texas 78028

Trial Judge:                           Hon. Rex Emerson
216th Judicial District Judge
700 Main Street
Kerrville, Texas 78028

# *INDEX OF AUTHORITIES*

## *CASES*

*Anders v. California*, 386 U.S. 738 (1967)                                    11

*Cobb v. State*, 851 S.W.2d 871, 874 (Tex. Crim. App. 1993)          12

*McMahon v. State*, 529 S.W.2d 771 (Tex. Crim. App. 1975)          11

*Moses v. State*, 590 S.W.2d 469 (Tex. Crim. App. 1979)               12

*Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991)            11

*Rickels v. State*, 202 S.W.3d 759 (Tex. Crim. App. 2006)             11

# *STATUTES AND RULES*

*Tex. Code Crim. Proc. art. 42.12 §5(b)*                    11

## *STATEMENT OF THE CASE*

Appellant, Darius Dukes, is appealing the trial court's decision to adjudicate Appellant's deferred adjudication in the above-referenced causes after Appellant pled "true" to various allegations contained in the State's motions to adjudicate. CR 1, 8; RR 1, 5.

## *APPELLANT'S ISSUES PRESENTED FOR REVIEW*

**I.**   Undersigned counsel files this "Anders" Brief after a thorough review of the appellate record in these cases and no meritorious issues were found to being forward for review.

**\*\***   For purposes of reference in the Appellant's Brief the following will be the style used in referring to the record:

1.   Reference to any portion of the Court Reporter's Statement of Facts will be denoted as "(RR____, ____)," representing volume and page number, respectively.

2.   The Transcript containing the District Clerk's recorded documents will be denoted as "(CR___, ___)."

## *SUMMARY OF THE ARGUMENTS*

After a thorough review of both the Clerk's Record and the Reporter's

Record no meritorious issues were found to bring forward for review.

## *CERTIFICATE OF COMPLIANCE*

Pursuant to Rule 9.4(i)(3) of the Texas Rules of Appellate Procedure, I certify that this brief contains 1,351 words (counting all parts of the document and relying upon the word count feature in the software used to draft this brief). The body text is in 14 point font and the footnote text is in 12 point font.

/s/    M. Patrick Maguire
M. Patrick Maguire,
Attorney for Appellant

## STATEMENT OF FACTS

Appellant was placed on deferred adjudication probation for the offenses of possession (with intent to deliver) a controlled substance in Cause Nos. CR12-040 and CR12-041. CR 1, 65 (CR12-040); CR 1, 61 (CR12-041). On June 26, 2014, the State filed Motions to Proceed alleging that Appellant violated various conditions of his deferred adjudication and sought to revoke Appellant's deferred adjudication. CR 1, 60 (CR12-040); CR 1, 53 (CR12-041). A hearing on the State's Motions to Proceed was held on November 17, 2014. RR 1, 1. Appellant entered pleas of "true" to various allegations in the State's Motions to Proceed. RR 1, 5. The trial court adjudicated Appellant guilty in each case and in Cause No. CR12-040, the trial court sentenced Appellant to five years in prison and placed Appellant on 10 years' probation in Cause No. CR12-041. CR 1, 33 (CR12-040); CR 1, 26 (CR12-041).

## ARGUMENTS & AUTHORITIES

### I.
***Undersigned counsel files this "Anders" Brief after a thorough review of both the Clerk's Record and the Reporter's Record in these cases and no meritorious issues were found to bring forward for review.***

**A.** ***Standard of Review***

If, after a thorough review of the record and careful investigation, appellate counsel concludes that an appeal is frivolous and without merit,

10

counsel may submit a brief which presents a professional evaluation showing why there is no basis to advance an appeal. *See* *Anders v. California*, 386 U.S. 738, 744 (1967); *See* *Stafford v. State*, 813 S.W.2d 503, 509-10, 510 n.3 (Tex. Crim. App. 1991). Appellate counsel should also inform the appellant that he has a right to file a pro se appellate brief and review the record. *See* *McMahon v. State*, 529 S.W.2d 771, 771 (Tex. Crim. App. 1975).

**B.    *Analysis***

Undersigned counsel for Appellant has conducted a thorough review of the clerk's record and reporter's record and has determined that Appellant's appeal is frivolous and without merit.

The only issue identified was whether the trial court abused its discretion in adjudicating Appellant guilty and assessing the sentences in Appellant's cases.

An appeal from a trial court's order adjudicating guilt is reviewed in the same manner as a revocation hearing. *Tex. Code Crim. Proc. art 42.12 §5(b)*. When reviewing an order revoking community supervision imposed under an order of deferred adjudication, the sole question before the appellate court is whether the trial court abused its discretion. *Rickels v. State*, 202 S.W.3d 759, 763 (Tex. Crim. App. 2006). In a revocation

proceeding, the State must prove by a preponderance of the evidence that the probationer violated a condition of community supervision as alleged in the motion. *Cobb v. State*, 851 S.W.2d 871, 874 (Tex. Crim. App. 1993). A plea of "true" standing alone is sufficient to support a trial court's revocation order. *Moses v. State*, 590 S.W.2d 469, 470 (Tex. Crim. App. 1979).

Undersigned counsel's review of the record shows that Appellant pled "true" to using marijuana while on deferred adjudication and to committing a new offense, among other conditions that Appellant admitted to violating. RR 1, 5. Therefore, assuming for the sake of argument that there was insufficient evidence to support the conditions to which Appellant pled "not true," the evidence would still support the trial court's revocation order because Appellant pled "true" to other violations. The sentences assessed are within the punishment ranges for the offenses charged. Therefore, there does not appear to be error in the trial court's action in this regard.

After reviewing the entire record in this case, undersigned counsel has found no meritorious issues to bring forward for review. By copy of this brief, undersigned counsel is advising Appellant that he has the right to review the record and to file a pro se brief.

# *PRAYER FOR RELIEF*

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Honorable Court permit undersigned counsel to withdraw from further representation of Appellant in this case and permit Appellant the necessary time to review the record and file a pro se brief.

Respectfully submitted,

**M. PATRICK MAGUIRE, P.C.**


 /s/  M. Patrick Maguire
M. Patrick Maguire
State Bar No. 24002515
945 Barnett Street
Kerrville, Texas 78028
Telephone (830) 895-2590
Facsimile (830) 895-2594

**ATTORNEY FOR APPELLANT,
DARIUS DUKES**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of Appellant's Brief to counsel for the State, Hon. Scott Monroe, via hand delivery, and whose address is 402 Clearwater Paseo, Suite 500, Kerrville, Texas 78028, on this the 12th day of March 2015.

 /s/  M. Patrick Maguire
M. Patrick Maguire